# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:15-00054 |
| | ) JUDGE SHARP |
| JASON MITCHELL PYLE | ) |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Sentencing (Docket No. 48) to which the Government does not oppose.

The motion is GRANTED and the sentencing hearing set for October 13, 2016, is hereby reset for Wednesday, November 29, 2016, at 1:30 p.m.

It is so ORDERED.

*[signature: Kevin H. Sharp]*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE